## Martonick v. Beattie et al., Appellants.

Argued October 6, 1955. Before RHODES, P. J., HIRT, ROSS, GUNTHER, WRIGHT, WOODSIDE, and ERVIN, JJ.

*George B. Richards,* for appellants.

*John Deutsch,* for appellant.

*H. L. Snyder,* with him *John Dobosh,* for appellees.

PER CURIAM, October 7, 1955:

The orders of the court below are reversed at appellees' costs.

President Judge RHODES dissents for the following reasons: (1) That the Superior Court does not have jurisdiction and the motion to certify the appeals to the Supreme Court should have been granted, and (2) that on the merits the orders should be affirmed on the opinion of President Judge McCREADY.

Judge ROSS dissents on the ground that the Superior Court does not have jurisdiction.